GOLDBERG, Appellant, v. KRATZENSTEIN et al., Respondents. (Supreme Court, Appellate Term. June 28, 1899.) Action by George W. Goldberg against Herman Kratzenstein and others. From a judgment for defendants, plaintiff appeals. Affirmed. Emanuel Townsend Goldberg, for appellant. Abraham Gruber, for respondents.

LEVENTRITT, J. This action was brought to recover for installments which accrued subsequently to the one involved in the preceding

case. 59 N. Y. Supp. 1104. By stipulation, the evidence in that was made applicable to the issues in this; and, as the same questions are presented, this judgment must likewise be affirmed. Judgment affirmed, with costs to the respondents.